# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tech Guru, LLC, | Civil No. 15-1198 (PJS/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| Techguru Consultants, Inc., and Alexander Litz, | |
| Defendants. | |

Sean Ploen, Esq., and Colman Sutter, Esq., Ploen Law Office, PC, counsel for plaintiff.

Gregory P. Barwell, Esq., Wesp Barwell, LLC; Jeffrey M. Furr, Esq., Furr Law Firm; and Carl E. Christensen, Esq., Christensen Law Office, PLLC; counsel for defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 6, 2016.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss or, Alternatively to Transfer Venue (Doc. No. 13) is **GRANTED**; and

2. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

Date: 02/02/16

s/Patrick J. Schiltz_____
Patrick J. Schiltz
United States District Judge